UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 357, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-01066-WTL-MJD |
| ) | |
| REPUBLIC AIRLINE, INC., ) | |
| SHUTTLE AMERICA, INC., ) | |
| REPUBLIC AIRWAYS HOLDINGS, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON DEFENDANTS' MOTION TO EXTEND
THE DEADLINES IN SCHEDULING ORDER**

This matter is before the Court on *Defendants' Motion to Extend the Deadlines in Scheduling Order.* [Dkt. 15.]  Defendants request that the Court postpone the initial pretrial conference until 30 days after the Court rules on its Motion to Dismiss and that the Rule 26(f) conference occur in advance of that delayed initial pretrial conference. Defendants cite multiple cases for the proposition that a discovery stay may be appropriate when a motion to dismiss can resolve the case.  Setting aside for the moment that a discovery stay is *not* the relief sought in Defendants' Motion, the analysis for whether staying discovery – or, in this case, delaying the initial pretrial and Rule 26(f) conference – is appropriate is whether the action will advance the goal memorialized in Rule 1 of the Federal Rules of Civil Procedure to secure "the just, speedy and inexpensive determination of [this] action." Fed.R.Civ.P. 1.  In this Court's view, delaying the initial pretrial and Rule 26(f) conference until 30 days after a ruling

on the Motion to Dismiss would slow down, rather than expedite, the litigation.  *See*

*O'Connor v. Eden Management LLC*, 2014 WL 5761138 (N.D. Ill. 2014).  Therefore,

Defendants' Motion is **DENIED**.  As ordered in Docket No. 24, the initial pretrial

conference in this matter shall be held at 11:30 a.m. EST on September 15, 2015 and the

parties shall conduct the Rule 26(f) conference on or before September 4, 2015.

Date:  09/04/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jason R. Delk
DELK MCNALLY
delk@delkmcnally.com

David J. Carr
ICE MILLER LLP
david.carr@icemiller.com

Paul Conrad Sweeney
ICE MILLER LLP
paul.sweeney@icemiller.com

Aparna B. Joshi
O'MELVENY & MYERS LLP
ajoshi@omm.com

Robert Siegel
O'MELVENY & MYERS LLP
rsiegel@omm.com